# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Antonio Mosley**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00070-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Charlotte Mecklenburg Police | ) | |
| Department et al**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 20, 2013 Order.

February 21, 2013

*Frank G. John*

Frank G. Johns, Clerk
United States District Court